[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 19-13985
Non-Argument Calendar

————————————————

D.C. Docket No. 3:05-cr-00104-HLA-MCR-1


UNITED STATES OF AMERICA,

Plaintiff -Appellee,

versus

JACETA ANYA STREETER,
a.k.a. Star,

Defendant-Appellant.


————————————————

Appeal from the United States District Court
for the Middle District of Florida

————————————————

(April 7, 2020)

Before WILSON, WILLIAM PRYOR, and JILL PRYOR, Circuit Judges.

PER CURIAM:

Gerald Scott Bettman, appointed counsel for Jaceta Anya Streeter in this

direct criminal appeal, has filed a motion to withdraw from further representation

of Streeter, supported by a brief prepared under *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Streeter's revocation of supervised release and sentence are **AFFIRMED**.